```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
  THOMAS ALBERTO ROBLES,                                       :
                                                               :
                                    Plaintiff,                 :
                                                               :
                -against-                                      :      20-cv-2106 (VEC)
                                                               :
                                                               :           ORDER
  HOLY SEE (STATE OF VATICAN CITY; THE                         :
  VATICAN); OUR LADY OF MOUNT CARMEL                           :
  PARISH; CHURCH OF OUR LADY OF MT.                            :
  CARMEL; OUR LADY OF MT. CARMEL                               :
  DEVELOPMENT CORPORATION;                                     :
  ARCHDIOCESE OF NEW YORK a/k/a ROMAN                          :
  CATHOLIC ARCHDIOCESE OF NEW YORK;                            :
  ARCHBISHOP OF NEW YORK; and THE                              :
  SOCIETY OF THE CATHOLIC APOSTOLATE                           :
  a/k/a PALLOTTINES,                                           :
                                                               :
                                    Defendants.                :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/26/2020

VALERIE CAPRONI, United States District Judge:

      WHEREAS on June 9, 2020, the Clerk of Court certified that she mailed the Summons and Complaint to Defendant Holy See (Dkt. 44);

      WHEREAS on June 30, 2020, this Court lifted the stay on Defendant Holy See's time to answer or respond to the Complaint and continued to hold in abeyance its order to show cause why this case should not be dismissed for lack of subject-matter jurisdiction (Dkt. 45);

      WHEREAS Plaintiff's counsel stated that she anticipates Defendant Holy See will reject service from the Clerk of Court thus requiring Plaintiff to seek assistance from the Secretary of State pursuant to 28 U.S.C. § 1608(a)(4) (Dkt. 43-1);

      WHEREAS Defendant Holy See has not yet appeared in this action; and

WHEREAS Plaintiff last updated this Court on his efforts to serve Defendant Holy See on May 22, 2020 (Dkt. 43-1);

IT IS HEREBY ORDERED that Plaintiff must file a status report every other month providing an update on his efforts to serve Defendant Holy See.  The first such status report is due **September 15, 2020**.  Reports are thereafter due on the 15th of every other month or on the next business day if the 15th falls on a weekend or holiday.

**SO ORDERED.**

**Date: August 26, 2020**
**New York, New York**

                                                                    _____
                                                                    **VALERIE CAPRONI**
                                                                    **United States District Judge**